ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 AUG -4   PM 3: 38

TS

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **4-15CR-183-Y** |
| v. | No. 4:15-CR |
| LACIE REBEKAH WHISENANT (01) | |

## INFORMATION

The United States Attorney Charges:

### Count One

Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about April 29, 2015, in the Fort Worth Division of the Northern District of

Texas, defendant **Lacie Rebekah Whisenant** did knowingly and intentionally possess

with intent to distribute a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

**Information – Page 1**

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455

**Information -- Page 2**