ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 4-15CR-183-Y |
| v. | No. 4:15-CR |
| LACIE REBEKAH WHISENANT (01) | |

### INFORMATION

The United States Attorney Charges:

#### Count One

Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about April 29, 2015, in the Fort Worth Division of the Northern District of Texas, defendant **Lacie Rebekah Whisenant** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**Information – Page 1**

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

                Respectfully submitted,

                JOHN R. PARKER
                UNITED STATES ATTORNEY

                CHRISTOPHER R. WOLFE
                Assistant United States Attorney
                Texas State Bar No. 24008294
                801 Cherry Street, Suite 1700
                Fort Worth, Texas 76102
                Telephone: 817-252-5200
                Facsimile:  817-252-5455