IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:15-CR-183-Y

LACIE REBEKAH WHISENANT (01)

## WAIVER OF INDICTMENT

I, Lacie Rebekah Whisenant, the above named defendant, who is accused in the Information with the felony offense of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

In making this waiver, the defendant represents that she understands that she has the right to have the case presented to a Federal Grand Jury which consists of not more than 23, nor less than 16 citizens of the Northern District of Texas, 12 of whom must vote in favor of an indictment before such indictment is returned or "true billed." The defendant also represents that she understands that such right may be waived, and has discussed the waiver of this right with counsel who has explained the consequences of such waiver, and that she voluntarily, knowingly, and intelligently waives the right to have the case presented to the Federal Grand Jury.

Date AUGUST 3, 2015.

_____
LACIE REBEKAH WHISENANT
Defendant

_____
PAUL T. LUND
Attorney for Defendant

_____
JEFFREY L. CURETON
United States Magistrate Judge