IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 6 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:15-CR-183-Y |
| LACIE REBEKAH WHISENANT (01) | |

## FACTUAL RÈSUMÈ

I. <u>Plea:</u>

The defendant is pleading guilty to Count One of the Information. The Information charges Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

II. <u>Penalties:</u>

The penalties the Court can impose include:

a. imprisonment for a period not to exceed twenty (20) years;

b. a fine not to exceed one million dollars ($1,000,000), or twice the pecuniary gain to the defendant or loss to the victim(s), or both such fine and imprisonment;

c. a term of supervised release of not less than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d. a mandatory special assessment of $100;

e. forfeiture of property; and

f. costs of incarceration and supervision.

**Factual Resume - Page 1**

III. <u>Elements of the Offense:</u>

In order to establish the offense alleged in Court One of the Information, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u> That the defendant knowingly possessed a controlled substance;

<u>Second:</u> That the substance was in fact methamphetamine; and

<u>Third:</u> That the defendant possessed the substance with the intent to distribute it.

IV. <u>Stipulated Facts</u>:

On or about April 29, 2015, in the Fort Worth Division of the Northern District of Texas, defendant Lacie Rebekah Whisenant did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

On April 29, 2015, Whisenant's vehicle was stopped by the Fort Worth Police Department for a traffic violation. Law enforcement received consent to search Whisenant's vehicle, and found approximately 315 grams of methamphetamine. Whisenant admits that she possessed this methamphetamine with the intent to distribute it.

AGREED AND STIPULATED on this ___3___ day of __AUGUST__, 2015.

_____            _____
Lacie Rebekah Whisenant                                    Paul Lund
Defendant                                                            Counsel for Defendant

**Factual Resume - Page 2**