MO-1 (3/07)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
__Fort Worth__ DIVISION

HONORABLE __Terry R. Means__ PRESIDING   COURT REPORTER/TAPE: __Ana Warren__
DEPUTY CLERK __Carmen Bush__   USPO __Molly Mouret__
LAW CLERK _____   INTERPRETER _____
CSO: Ted Carmean

CR. No. __4:15-CR-183-Y__   DEFT. No. __(1)__

UNITED STATES OF AMERICA   §   __Chris Wolfe,__ AUSA
§
v.   §
§
Lacie Rebekah Whisenant   §   __Paul Taliaferro Lund, (A)__
Defendant's Name       Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

**SENTENCING**

**FILED**
**March 08, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Date Held: __3-8-16__
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: __10 minutes__
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ☒ Yes  ☐ No

☒ Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of __60 months__.
☒ .. Deft. placed on: Supervised Released for __3 years.__
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
☐ .. Count(s) _____ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ __100.00__ special assessment on Count(s) __1__
  of  ☐ Complaint  ☐ Indictment  ☒ Information  ☐ Superseding Indictment  ☐ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
☒ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
☒ ...... Deft Custody/Detention continued.
☐ ...... Deft REMANDED to custody.   Court recommends incarceration at _____.

OTHER PROCEEDINGS/INFORMATION: _____
_____
_____
_____