MO-6 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE: Terry R. Means, Presiding
DEPUTY CLERK: Michelle Moon
LAW CLERK:
CSO: Joe Farino

PRESIDING COURT REPORTER/TAPE: Debbie Saenz
USPO: Kathleen Lamour
INTERPRETER:

CR. No. 4:15-CR-183-Y     DEFT. No. (1)

UNITED STATES OF AMERICA

v.

LACIE REBEKAH WHISENANT
Defendant's Name

Robert J. Boudreau, AUSA

Michael A. Lehmann, (F)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## REVOCATION OF PROBATION/ SUPERVISED RELEASE

Revocation of: ☐ Probation  ☒ Supervised Release

Date Held: 6-9-20
Time in Court: 22 mins.
Days in Trial:
Hearing Concluded: ☒ Yes ☐ No

**Revocation of Supervised Release** (Fill out only if regarding revocation of supervised release)

Hearing Type: ☒ Supervised Release - Evidentiary  ☐ Supervised Release - Non-evidentiary
Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None

☒ Sentencing Guidelines
☒ Deft enters a plea of ☒ True ☐ Not True as to Conditions as charged.
☒ Court finds deft ☒ has ☐ has not violated terms of ~~probation~~ supervised release.
☒ ~~Probation~~/Supervised Release ☒ revoked ☐ reinstated ☐ modified

☒ SENTENCE TEXT: Incarceration to be followed by a 3 year term of supervised release under the same conditions as in the Judgment in a Criminal Case entered on 3/10/2016.

☒ Time to serve 7 months.
☐ Count(s) _____ dismissed on government's motion.
☐ Deft ordered to surrender to the U.S. Marshal on _____.
☒ Deft ordered to surrender to the designated institution on 6/22/2020 by 2 p.m.
☐ Deft failed to appear, bench warrant to issue.
☐ Bond continued.; cont'd on current conditions of release.
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.
☐ Deft released from custody.

OTHER PROCEEDINGS: Defendant's Exhibits 1 & 2 offered and admitted.

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN 9 2020 CLERK, U.S. DISTRICT COURT By_____ Deputy*