AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

LACIE REBEKAH WHISENANT

**EXHIBIT AND WITNESS LIST**

Case Number: 4:15-CR-183-Y (1)

| PRESIDING JUDGE<br>TERRY R. MEANS | PLAINTIFF'S ATTORNEY<br>MARK L. NICHOLS, AUSA | DEFENDANT'S ATTORNEY<br>CODY L. COFER, RETAINED |
|---|---|---|
| TRIAL DATE(S)<br>REVOCATION HRG. 4/14/2022 | COURT REPORTER<br>DEBBIE SAENZ | COURTROOM DEPUTY<br>MICHELLE MOON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/14/2022 | X | X | Beford police report no. P2021-001704 and supplements dated 4/26/2021. |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 4 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages